Pylon International, Inc.
Bankr. Case Nno. 08-10605 (CSS)
Exhibit A

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 11017 | 16700 Roscoe Blvd. Associates, LLC | 3 | $ 8,014.59 |
| | | | $ 8,014.59 |